UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANNY AMEN ANDERSON VALENTINE SHABAZZ,

                     Plaintiff,

-against-

UNITED STATES OF AMERICA; BARACK OBAMA

                     Defendants.

23-CV-10546 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order and judgment dated and entered on February 14, 2024, the Court dismissed this *pro se* action without prejudice due to Plaintiff's failure to comply with a previous order to either pay the $405 in fees to bring this action or submit a completed request to proceed *in forma pauperis* ("IFP"). On January 8, 2025 – more than ten months after the Court dismissed this action – Plaintiff filed the present motion seeking to "seal this file from all internet pipelines and services." (ECF 5, at 1.) Plaintiff requests that the Court seal this action because "I don't know the party and he does not know me." (*Id.*)

      This action was filed on December 4, 2023 – more than thirteen months before Plaintiff filed his motion to seal on January 8, 2025 – and has been a matter of public record since it was entered on the docket on December 5, 2023. Thus, any of Plaintiff's concerns arising from the filing of this action, or from the information contained in any of the court filings in this action, have no legal relevance now that this action and its court filings have been available for public scrutiny for more than a year. Accordingly, the Court denies Plaintiff's motion. (ECF 5.)

      The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 15, 2025
        New York, New York

                                                  /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                          Chief United States District Judge